IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-01816-CBS

ENGELS ISAAC NUNEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, #[27] filed on March 30, 2016, by the Honorable Craig B. Shaffer, United States Magistrate Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Commissioner's final decision is AFFIRMED and this civil action is DISMISSED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, and against Plaintiff, Engels Isaac Nunez.  It is

FURTHER ORDERED that each party shall bear its own fees and costs.

DATED at Denver, Colorado this 30th day of March, 2016.

          FOR THE COURT:

          Jeffrey Colwell, Clerk of Court

          By s/ M. Ortiz
             M. Ortiz
             Deputy Clerk